NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ERIC GEORGE MCNEILL, *Petitioner*.

No. 1 CA-CR 22-0394 PRPC
FILED 3-21-2023

Petition for Review from the Superior Court in Yavapai County
No.  P1300CR201201092
The Honorable Debra R. Phelan, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Steven J. Sisneros
*Counsel for Respondent*

Eric George McNeill, Kingman
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Samuel A. Thumma, Judge Randall M. Howe, and Judge Anni Hill Foster delivered the following decision.

---

**PER CURIAM**:

**¶1**        Petitioner Eric George McNeill seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is McNeill's first petition.

**¶2**        Absent an abuse of discretion or legal error, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). Petitioner has the burden to show that the superior court erred in denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011).

**¶3**        This court has reviewed the record in this matter, the order denying the petition for post-conviction relief and the petition for review. This court finds the petitioner has not established error.

**¶4**        This court grants review but denies relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA